No. 506. JONES v. GEORGIA. Supreme Court of Georgia. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Jack Greenberg, James M. Nabrit III* and *Donald L. Hollowell* for petitioner. *J. Walter LeCraw* for respondent.

No. 514. BAILEY v. NEW YORK CENTRAL RAILROAD Co. Court of Appeals of Ohio, Cuyahoga County. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted and the judgments of both courts below reversed. *M. I. Nurenberg* for petitioner. *John F. Dolan* for respondent.

No. 189, Misc. STEWART v. ARKANSAS. Supreme Court of Arkansas. Certiorari denied. *Harold B. Anderson* for petitioner. *Bruce Bennett*, Attorney General of Arkansas, and *Jack L. Lessenberry*, Chief Assistant Attorney General, for respondent.

No. 253, Misc. ALEXANDER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *M. Michael Cramer* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 288, Misc. PARHAM v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *De Long Harris* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 401, Misc. HUNT v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox* for the United States.